## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

ROTHSCHILD MOBILE IMAGING )
INNOVATIONS, LLC, )
                 )
        Plaintiff, )
      v. )    C.A. No. 14-00617-SLR
                 )
MITEK SYSTEMS, INC., )
JPMORGAN CHASE  & CO. and )
JPMORGAN CHASE BANK, N.A., )    JURY TRIAL DEMANDED
                 )
        Defendants. )
                 )

## **DEFENDANTS' MOTION TO SEVER, STAY, AND TRANSFER**

Defendants Mitek Systems, Inc. ("Mitek"), JPMorgan Chase & Co., and JPMorgan Chase Bank, N.A. (collectively "Chase") respectfully request that the Court (i) sever Plaintiff Rothschild Mobile Imaging Innovations, LLC's (RMII) infringement claims against Chase from the infringement claims against Mitek; (ii) stay RMII's infringement claims against Chase pending the resolution of RMII's infringement claims against Mitek; and (iii) transfer RMII's claims against Mitek to the more convenient forum of the Southern District of California. The grounds for this motion are set forth in Defendants' Opening Brief filed herewith.

Pursuant to D. Del. LR 7.1.1, Defendants hereby certify that reasonable efforts have been made to reach agreement with Plaintiff on the nature of the relief requested. Plaintiff has indicated that it opposes this motion.

Dated:  November 10, 2014

OF COUNSEL:

Robin L. McGrath
David L. Gann
PAUL HASTINGS LLP
1170 Peachtree Street, Suite 100
Atlanta, Georgia 30309
(404) 815-2400
robinmcgrath@paulhastings.com
davidgann@paulhastings.com

Naveen Modi
Phillip W. Citroen
PAUL HASTINGS LLP
875 15th Street NW
Washington, D.C. 20005
(202) 551-1700
naveenmodi@paulhastings.com
phillipcitroen@paulhastings.com

Joel C. Lin
PAUL HASTINGS LLP
1117 S. California Avenue
Palo Alto, California 94304
(650) 320-1800
joellin@paulhastings.com

/s/ Mary B. Matterer
Richard K. Herrmann (I.D. #405)
Mary B. Matterer (I.D. #2696)
MORRIS JAMES LLP
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801
(302) 888-6800
mmatterer@morrisjames.com

*Attorneys for Defendants*
*Mitek Systems, Inc.,*
*JPMorgan Chase & Co.*
*and JPMorgan Chase Bank N.A.*